IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LEWIS TILLEY,<br><br>  Plaintiff,<br>v.<br><br>MOUNTAIN AMERICA FEDERAL CREDIT UNION,<br><br>  Defendant. | **JUDGMENT**<br><br>Case No. 2:17-cv-01120-JNP-BCW<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that Lewis Tilley's EFTA cause of action is dismissed with prejudice. Tilley's remaining state-law causes of action are dismissed without prejudice.

DATED September 26, 2018.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge