Taras Kick, *Pro Hac Vice*
Taras@kicklawfirm.com
Robert Dart, California Bar No. 264060*
Robert@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988
Facsimile:    (310) 395-2088

\**Pro Hac Vice* Petition to be submitted

Attorneys for Lewis Tilley and the Putative Class
[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| **LEWIS TILLEY, individually, and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**MOUNTAIN AMERICA FEDERAL CREDIT UNION, and DOES 1-100,**<br><br>Defendants. | Case No.: 2:17-cv-01120-JNP<br><br>**NOTICE OF APPEAL**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Brook C. Wells |

    Notice is hereby given that plaintiff Lewis Tilley hereby appeals to the United States Court of Appeals for the Tenth Circuit from the memorandum decision and order, filed on September 25, 2018, granting the defendants' motion to dismiss (ECF No. 40) and from the final judgment that was filed on September 26, 2018 (ECF No. 41).

                                              Respectfully submitted,

DATED:  October 24, 2018                      BY:   /s/ Taras Kick
                                                                  Taras Kick, *Pro Hac Vice*
                                                                  Taras@kicklawfirm.com
                                                                  Robert Dart, California Bar No. 264060*
                                                                  Robert@kicklawfirm.com

**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
**McCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Jon V. Harper (#1378)
M. Denise Dalton (#9610)
**HARPER LAW, PLC**
68 South Main Street, Ste. 800
Salt Lake City, UT 84101
Telephone: (801) 910-4357
jharper@jonharperlaw.com
ddalton@jonharperlaw.com

Attorneys for Plaintiff Lewis Tilley
and the Putative Class

\**Pro Hac Vice* Petition to be submitted

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed this notice of appeal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                              */s/ Robert Dart*
                                              Robert Dart